**Order filed August 4, 2015.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-14-00945-CV
_____

### DURADRIL, L.L.C. AND GREG WARD, Appellants

### V.

### DYNOMAX DRILLING TOOLS, INC. AND DYNOMAX DRILLING TOOLS USA, INC., Appellees

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 321010055**

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the 55th District Court informed this court that appellant had not made arrangements for payment for the reporter's record. On July 2, 2015, appellant was ordered to pay or make arrangements to pay the court reporter for preparing the record, and provide this court with proof of payment, within 15 days, or the court would consider and decide those issues that do not require a reporter's record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order.  If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).


PER CURIAM